01/18/02       TRANSFER-ADJUSTMENT-FORFEITURE REPORT      1

SCRANTON

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| 80300275601. | 01/17/02 | 6855XX | 3:02-OP-1 | 1 | -60.44 |
| 80300275602. | 01/17/02 | 0869PL | | 0 | 6.18 |
| 80300275603. | 01/17/02 | 5100PL | | 0 | 7.05 |
| 80300275604. | 01/17/02 | 5100PL | | 0 | 7.71 |
| 80300275605. | 01/17/02 | 0869PL | | 0 | 8.95 |
| 80300275606. | 01/17/02 | 5100PL | | 0 | 23.33 |
| 80300275607. | 01/17/02 | 5100PL | 3:02-OP-1 | 1 | 7.02 |
| 80300275701. | 01/17/02 | 6855XX | 3:00-CR-133-13 | 13 | -3,679.00 |
| 80300275702. | 01/17/02 | 504100 | 3:93-CR-090-01 | 1 | 25.00 |
| 80300275703. | 01/17/02 | 504100 | 3:00-CR-308-01 | 1 | 50.00 |
| 80300275704. | 01/17/02 | 504100 | 3:98-CR-086-02 | 2 | 236.00 |
| 80300275705. | 01/17/02 | 504100 | 3:99-CR-22-01 | 1 | 25.00 |
| 80300275706. | 01/17/02 | 504100 | 3:00-CR-99-01 | 1 | 25.00 |
| 80300275707. | 01/17/02 | 504100 | 3:00-CR-304-01 | 2 | 25.00 |
| 80300275708. | 01/17/02 | 504100 | 3:99-CR-302-02 | 2 | 25.00 |
| 80300275709. | 01/17/02 | 504100 | 3:99-CR-302-02 | 1 | 25.00 |
| 80300275710. | 01/17/02 | 504100 | 3:01-CR-009-01 | 1 | 25.00 |
| 80300275711. | 01/17/02 | 6855XX | 3:00-CR-349-01 | 3 | 25.00 |
| 80300275713. | 01/17/02 | 504100 | 3:95-CR-163-01 | 1 | 25.00 |
| 80300275714. | 01/17/02 | 504100 | 3:00-CR-023-03 | 1 | 30.00 |
| 80300275715. | 01/17/02 | 504100 | 3:00-CR-257-01 | 1 | 25.00 |
| 80300275716. | 01/17/02 | 504100 | 3:98-CR-275-01 | 4 | 31.00 |
| 80300275717. | 01/17/02 | 504100 | 3:98-CR-322-01 | 1 | 25.00 |
| 80300275718. | 01/17/02 | 504100 | 3:99-CR-186-01 | 6 | 92.00 |
| 80300275719. | 01/17/02 | 504100 | 3:94-CR-055-01 | 1 | 112.00 |
| 80300275720. | 01/17/02 | 6855XX | 3:99-CR-285-01 | 2 | 25.00 |
| 80300275721. | 01/17/02 | 504100 | 3:95-CR-294-06 | 1 | 25.00 |
| 80300275722. | 01/17/02 | 504100 | 3:00-CR-023-02 | 1 | 25.00 |
| 80300275723. | 01/17/02 | 504100 | 3:99-CR-205-01 | 1 | 25.00 |
| 80300275724. | 01/17/02 | 504100 | 3:96-CR-251-01 | 1 | 100.00 |
| 80300275725. | 01/17/02 | 504100 | 3:98-CR-136-01 | 2 | 25.00 |
| 80300275726. | 01/17/02 | 504100 | 3:95-CR-036-01 | 1 | 25.00 |
| 80300275727. | 01/17/02 | 504100 | 3:00-CR-091-01 | 1 | 25.00 |
| 80300275728. | 01/17/02 | 504100 | 3:00-CR-125-01 | 4 | 50.00 |
| 80300275729. | 01/17/02 | 504100 | 3:96-CR-050-02 | 1 | 25.00 |
| 80300275730. | 01/17/02 | 504100 | 3:00-CR-056-01 | 1 | 33.00 |
| 80300275731. | 01/17/02 | 504100 | 3:98-CR-21-01 | 2 | 25.00 |
| 80300275732. | 01/17/02 | 504100 | 3:00-CR-213-01 | 1 | 25.00 |
| 80300275733. | 01/17/02 | 504100 | 3:00-CR-231-04 | 2 | 25.00 |
| 80300275734. | 01/17/02 | 504100 | 3:99-CR-272-01 | 1 | 25.00 |
| 80300275735. | 01/17/02 | 504100 | 3:00-CR-228-01 | 1 | 25.00 |
| 80300275736. | 01/17/02 | 504100 | 3:99-CR-274-01 | 1 | 20.00 |
| 80300275737. | 01/17/02 | 504100 | 3:98-CR-136-02 | 2 | 50.00 |
| 80300275738. | 01/17/02 | 504100 | 3:98-CR-050-01 | 1 | 25.00 |
| 80300275739. | 01/17/02 | 504100 | 3:99-CR-080-02 | 2 | 25.00 |
| 80300275740. | 01/17/02 | 504100 | 3:99-CR-190-01 | 1 | 25.00 |
| 80300275741. | 01/17/02 | 504100 | 3:00-CR-046-04 | 10 | 25.00 |
| 80300275742. | 01/17/02 | 504100 | 3:00-CR-213-10 | 1 | 25.00 |
| 80300275743. | 01/17/02 | 504100 | 3:00-CR-154-01 | 1 | 25.00 |
| 80300275744. | 01/17/02 | 504100 | 3:99-CR-29-01 | 1 | 25.00 |
| 80300275745. | 01/17/02 | 504100 | 3:99-CR-286-01 | 1 | 25.00 |
| 80300275746. | 01/17/02 | 504100 | 3:99-CR-228-01 | 1 | 25.00 |
| 80300275747. | 01/17/02 | 6855XX | 3:00-CR-213-04 | 4 | 58.00 |

FILED
SCRANTON
JAN 1 8 2002
PER _____ DEPUTY CLERK

CFR
16
1-29-02
RILEY
1:00-742
13756-4  $7.71