| 02/21/02 | | TRANSFER-ADJUSTMENT-FORFEITURE REPORT | | | 1 |
|---|---|---|---|---|---|
| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |

```
************************************************************************************
                                    SCRANTON
80300280001.  02/20/02  6855XX   3:02-OP-1          1    -57.01
80300280002.  02/20/02  0869PL                      0      7.06
80300280003.  02/20/02  5100PL                      0      8.25
80300280004.  02/20/02  5100PL                      0      8.53
80300280005.  02/20/02  5100PL                      0     26.40
80300280006.  02/20/02  5100PL                      0      2.77
80300280007.  02/20/02  5100PL                      0      4.00
80300280101.  02/20/02  6855XX   3:02-OP-1          1   -156.06
80300280102.  02/20/02  5100PL                      0     65.48
80300280103.  02/20/02  5100PL                      0      1.58
80300280104.  02/20/02  5100PL                      0      5.21
80300280105.  02/20/02  5100PL                      0      5.21
80300280107.  02/20/02  0869PL                      0      2.72
80300280108.  02/20/02  5100PL                      0     21.87
80300280109.  02/20/02  0869PL                      0     16.11
80300280110.  02/20/02  5100PL                      0      5.50
80300280112.  02/20/02  0869PL                      0      4.60
80300280113.  02/20/02  5100PL                      0      5.14
80300280114.  02/20/02  5100PL                      0     13.28
80300280201.  02/20/02  6855XX   3:98-CR-325-01     1      6.64
80300280202.  02/20/02  613300   3:98-CR-325-01     1    -25.00
                                                         25.00

                                           DIVISION TOTAL    0.00
```

*FILED SCRANTON FEB 21 2002 PER ___ DEPUTY CLERK*

T2860-4   $6.53   1:00-742 Riley

PRSLC
M. Schmelfeing

(17) M 2/21/02