```
03/25/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                          1

TRNS-ADJ       DATE       CASE NO         FUND      DEF       AMOUNT
*******************************************************************************
                                        SCRANTON
80300283201.  03/25/02   3:98-CR-294-03  504100      3         -5.00
80300283202.  03/25/02   3:02-OP-1       6855XX      1          5.00
80300283301.  03/25/02                   5100PL      0        -15.20
80300283302.  03/25/02   3:02-OP-1       6855XX      1         15.20
80300283401.  03/25/02   3:02-OP-1       6855XX      1        -25.00
80300283402.  03/25/02                   0869PL      0         25.00
80300283501.  03/25/02   3:02-OP-1       6855XX      1        -91.94
80300283502.  03/25/02                   0869PL      0         30.55
80300283503.  03/25/02                   5100PL      0          6.15
80300283504.  03/25/02                   5100PL      0          7.71
80300283505.  03/25/02                   5100PL      0         16.27
80300283506.  03/25/02                   0869PL      0          7.99
80300283507.  03/25/02                   0869PL      0          4.20
80300283508.  03/25/02                   5100PL      0         10.00
80300283509.  03/25/02                   0869PL      0          9.07

                                              DIVISION TOTAL     0.00
```

1:00CV 742
termed - CFR

(18)
KM
4/2/05

FILED
SCRANTON
MAR 20 2002
PER _____
DEPUTY CLERK

REC 87368   3/20/02   $7.71   1:00-742 RILEY