```
04/16/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1

TRNS-ADJ          DATE       FUND      CASE NO       DEF       AMOUNT
*****************************************************************************************
                                        SCRANTON
80300285801.    04/16/02    5100PL                    0        -50.04
80300285802.    04/16/02    6855XX    3:02-OP-1       1         50.04
80300285901.    04/16/02    5100PL                    0        -90.00
80300285902.    04/16/02    0869PL                    0        -60.00
80300285903.    04/16/02    6855XX    3:02-OP-1       1        150.00
80300286001.    04/16/02    6855XX    3:02-OP-1       1        -78.97
80300286002.    04/16/02    0869PL                    0          3.30
80300286003.    04/16/02    5100PL                    0          4.00
80300286004.    04/16/02    5100PL                    0          8.53
80300286005.    04/16/02    0869PL                    0         29.12
80300286006.    04/16/02    5100PL                    0         20.20
80300286007.    04/16/02    0869PL                    0          6.80
80300286008.    04/16/02    0869PL                    0          4.00
80300286009.    04/16/02    5100PL                    0          3.02
                                                  DIVISION TOTAL    0.00
```

Rec 87680   4/15/02   $8.53   1:-00-742   Riley

FILED
SCRANTON
APR 15 2002
PER _____ DEPUTY CLERK

19
4/25/02