```
06/19/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                         1

TRNS-ADJ        DATE       FUND      CASE NO             DEF              AMOUNT
*****************************************************************************
                                     SCRANTON
80300293401.    06/19/02   0869PL                         0                -2.94
80300293402.    06/19/02   0869PL                         0                 2.94
80300293501.    06/19/02   6855XX    3:02-OP-1            1               -40.56
80300293502.    06/19/02   0869PL                         0                21.06
80300293503.    06/19/02   0869PL                         0                10.16
80300293504.    06/19/02   0869PL                         0                 9.34

                                                DIVISION TOTAL              0.00
```

REC 88486     6/17/02    $10.16    1:00-742 RILEY

TERM'D

FILED
SCRANTON
JUN 17 2002
PER _____
    DEPUTY CLERK

㉑
Ⓜ
6/26/02