```
09/03/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                      1
TRNS-ADJ         DATE        FUND      CASE NO           DEF        AMOUNT
*********************************************************************************************
                                        SCRANTON
80300298201.    09/03/02    6855XX    3:00-CR-057-01     1         -25.00
80300298202.    09/03/02    504100    3:00-CR-057-01     1          25.00
80300298301.    09/03/02    6855XX    3:02-OP-1          1         -33.18
80300298302.    09/03/02    0869PL                       0           6.28
80300298303.    09/03/02    0869PL                       0           8.16
80300298304.    09/03/02    0869PL                       0          18.74
80300298401.    09/03/02    6855XX    3:02-OP-1          1         -22.00
80300298402.    09/03/02    0869PL                       0           6.33
80300298403.    09/03/02    0869PL                       0           7.39
80300298404.    09/03/02    0869PL                       0           5.68
80300298405.    09/03/02    5100PL                       0           2.60
80300298501.    09/03/02    6855XX    3:02-OP-1          1         -63.52
80300298502.    09/03/02    5100PL                       0           2.25
80300298503.    09/03/02    0869PL                       0           2.25
80300298504.    09/03/02    5100PL                       0           3.97
80300298505.    09/03/02    0869PL                       0           3.97
80300298506.    09/03/02    5100PL                       0           8.06
80300298507.    09/03/02    5100PL                       0           6.69
80300298508.    09/03/02    5100PL                       0           6.69
80300298509.    09/03/02    5100PL                       0           4.12
80300298510.    09/03/02    5100PL                       0           6.04
80300298511.    09/03/02    0869PL                       0           0.58
80300298512.    09/03/02    5100PL                       0           4.32
80300298513.    09/03/02    0869PL                       0           6.16
80300298514.    09/03/02    0869PL                       0           6.17
80300298515.    09/03/02    5100PL    3:02-OP-1          1         -31.00
80300298601.    09/03/02    6855XX                       0          13.56
80300298602.    09/03/02    0869PL                       0           6.08
80300298603.    09/03/02    5100PL                       0          11.36
80300298604.    09/03/02    5100PL    3:02-OP-1          1          -8.46
80300298701.    09/03/02    6855XX                       0           8.46
80300298702.    09/03/02    5100PL

                                                       DIVISION TOTAL     0.00
```

Rec 89229   8/19/02   $8.16   1:00-742   Riley

TERMED

FILED SCRANTON AUG 19 2002 PER ___ DEPUTY CLERK