1:00 CV 742
Termed - CHR

(23)
KM
9/9/02

FILED
SCRANTON
AUG 19 2002
PER _____ DEPUTY CLERK

```
09/03/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                         1

TRNS-ADJ         DATE       FUND      CASE NO          DEF       AMOUNT
****************************************************************************************
                                       SCRANTON
8030029820l.    09/03/02    6855XX    3:00-CR-057-01    1       -25.00
80300298202.    09/03/02    504100    3:00-CR-057-01    1        25.00
80300298301.    09/03/02    6855XX    3:02-OP-1         1       -33.18
80300298302.    09/03/02    0869PL                      0         6.28
80300298303.    09/03/02    0869PL                      0         8.16
80300298304.    09/03/02    0869PL                      0        18.74
80300298401.    09/03/02    6855XX    3:02-OP-1         1       -22.00
80300298402.    09/03/02    0869PL                      0         6.33
80300298403.    09/03/02    0869PL                      0         7.39
80300298404.    09/03/02    0869PL                      0         5.68
80300298405.    09/03/02    5100PL                      0         2.60
80300298501.    09/03/02    6855XX    3:02-OP-1         1       -63.52
80300298502.    09/03/02    5100PL                      0         2.25
80300298503.    09/03/02    0869PL                      0         2.25
80300298504.    09/03/02    5100PL                      0         2.25
80300298505.    09/03/02    0869PL                      0         3.97
80300298506.    09/03/02    0869PL                      0         8.06
80300298507.    09/03/02    5100PL                      0         6.69
80300298508.    09/03/02    5100PL                      0         6.69
80300298509.    09/03/02    5100PL                      0         4.12
80300298510.    09/03/02    5100PL                      0         6.04
80300298511.    09/03/02    0869PL                      0         0.58
80300298512.    09/03/02    5100PL                      0         4.32
80300298513.    09/03/02    0869PL                      0         6.16
80300298514.    09/03/02    0869PL                      0         6.17
80300298515.    09/03/02    5100PL                      0         6.17
80300298601.    09/03/02    6855XX    3:02-OP-1         1       -31.00
80300298602.    09/03/02    0869PL                      0        13.56
80300298603.    09/03/02    5100PL                      0         6.08
80300298604.    09/03/02    5100PL                      0        11.36
80300298701.    09/03/02    6855XX    3:02-OP-1         1        -8.46
80300298702.    09/03/02    5100PL                      0         8.46

                                                    DIVISION TOTAL    0.00
```

Rec 89228   8/19/02   $7.39   1:00-742 Riley