(24)
KM
9/24/02

1:00-CV-742
Termed - CFR

```
Mon Sep 23 15:08:51 2002

    UNITED STATES DISTRICT COURT

    SCRANTON    , PA

Receipt No.   333 89577
Cashier       gina

Tender Type  CHECK

Check Number: 54480

Transaction Type   AR

D0 Code    Div No     Acct
 4667        3       0869FL

Amount            $     8.10

SCI, HUNTINGTON, PA 16654-1112


PART FF  00-CV-0742
```

FILED
SCRANTON

SEP 2 3 2002

Per_____
        DEPUTY CLERK