```
10/24/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ        DATE        FUND      CASE NO        DEF                           AMOUNT
******************************************************************************************
                                                  SCRANTON
80300303101.    10/24/02    6855XX    3:02-OP-1                     1              -17.04
80300303102.    10/24/02    5100PL                                  0                8.35
80300303103.    10/24/02    5100PL                                  0                1.30
80300303104.    10/24/02    0869PL                                  0                7.39
80300303201.    10/24/02    6855XX    3:02-PB-1                     1              -25.00
80300303202.    10/24/02    6855XX    3:02-PB-1                     1              -25.00
80300303203.    10/24/02    6855XX    3:02-OP-1                     1               50.00

                                                  DIVISION TOTAL                     0.00
```

1:00CV742
Termed - CFR

(25)
Kn
10/25/0

Rec. 89917    10/23/02    $7.39    1:00-742 RILEY